# United States Court of Appeals
## For the First Circuit

No. 10-1514

CITY OF DEARBORN HEIGHTS ACT 345 POLICE & FIRE RETIREMENT SYSTEM,
Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

INTER-LOCAL PENSION FUND GCC/IBT,

Plaintiff, Appellant,

v.

WATERS CORPORATION, DOUGLAS A. BERTHIAUME, and JOHN A. ORNELL,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on January 20, 2011 is amended as follows:

On page 13, line 3, "SEC v. Ficken, 546 F.3d 45, 47-48 (1st Cir. 2008);" is inserted before "SEC v. Fife".